Vahan Torosian (Bar No. 310164)
Toros Law Firm, P.C.
3504 W. Magnolia Blvd., 2nd Floor
Burbank, CA 91505
Telephone: (818) 641-5221
Facsimile: (818) 279-0564
Email: info@torospc.com
Attorneys for Plaintiff,
**NUNE ARAKELYAN**

**THETA LAW FIRM, LLP**
Soheyl Tahsildoost (Bar No. 271294)
Mehgan Gallagher (Bar No. 338699)
eservice@thetafirm.com
12100 Wilshire Blvd., Ste 1070
Los Angeles, CA 90025

Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUNE ARAKELYAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No: 2:24-cv-00495-HDV-MAA<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, by and between Plaintiff, NUNE ARAKELYAN and Defendant, MERCEDES-BENZ USA, LLC, by and through their respective counsel of record,

that the entire above-captioned action be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: October 8, 2024

By: __/s/_ *Vahan Torosian* __
Vahan Torosian, Esq.
**TOROS LAW FIRM, P.C**.
Attorneys for Plaintiff,
**NUNE ARAKELYAN**

Dated: October 8, 2024                **THETA LAW FIRM, LLP**

By: _____
Mehgan Gallagher, Esq.
Soheyl Tahsildoost, Esq.
Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**

2
STIPULATION AND ORDER OF DISMISSAL

**SIGNATURE ATTESTATION**

I hereby certify that the content of this document is acceptable to Vahan Torosian, Esq. counsel for Plaintiff, and that I have obtained authorization to affix their electronic signature to this document.

                                                  THETA LAW FIRM, LLP

By: _____
MEHGAN GALLAGHER
Attorney for Defendant Mercedes-Benz USA, LLC