JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUNE ARAKELYAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No: 2:24-cv-00495-HDV-MAA<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

Based on the stipulation of the Parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all Parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATE: 10/09/24    By: _____

Hon. Hernan D. Vera
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA